An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DOMINICK CARTER A/K/A CARLOS BEAL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 60629

FILED

MAY 13 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER OF AFFIRMANCE

This is an appeal from a district court order denying appellant Dominick Carter's post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; James M. Bixler, Judge.

On September 12, 2012, we remanded this appeal for the limited purpose of having the district court enter a revised written order containing findings of fact and conclusions of law supporting its decision to deny Carter's petition in compliance with NRS 34.830(1). The district court's revised order was filed on October 30, 2012. On November 29, 2012, Carter filed a second notice of appeal, designating the October 30, 2012, order as the order on appeal. That notice of appeal was filed in this appeal.

Carter filed his fast track statement before entry of the district court's revised order. Because the only issue raised in the fast track statement was a challenge to the sufficiency of the order denying his petition, on December 17, 2012, we ordered supplemental briefing in this appeal and directed counsel to raise any issues counsel deemed warranted. We cautioned counsel that failure to timely file a supplemental fast track

13-14028

statement would be construed as a waiver of the right to file a supplemental fast track statement. Counsel has not filed a supplemental fast track statement. Because counsel has not raised any claims for this court to review on appeal, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. James M. Bixler, District Judge
Nguyen & Lay
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk